**2**
Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA  95682
Tel:  (530)232-6119
E-mail:  didriksen1@gmail.com

# UNITED  STATES  BANKRUPTCY  COURT

# EASTERN  DISTRICT  OF  CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.     11-42539-C-7 |
| | DCN:          SMD - 1 |
| **TIMOTHY CHARLES SWEENEY** | |
| | DATE:        May 7, 2013 |
| Debtor(s). | TIME:         9:30 a.m. |
| | LOCATION:  501 I Street, 6th Floor |
| | Department C |
| | Courtroom 35  (6th Floor) |
| | Sacramento, CA  95814 |

## DECLARATION OF SUSAN DIDRIKSEN IN SUPPORT OF
## MOTION TO SELL PROPERTY OF THE ESTATE
## (11 U.S.C. §363)

I, SUSAN DIDRIKSEN, declare that:

1.     This case was commenced by the filing of a voluntary Chapter 7 petition by the Debtor on September 19, 2011.  I am the duly appointed <u>successor</u> Chapter 7 Trustee.  If called as a witness, I could and would competently testify to the matter set forth in this declaration, unless otherwise stated.

2.     The Debtor's Schedule A filed on or about September 19, 2011 listed the following interests in real property:

     a.   324 1st Street, Marysville, CA

        i.   Market value of $150,000 and secured interests of $138,000.

3.     The Debtor's Schedule D filed on or about September 19, 2011 listed four deeds of trust encumbering the property for a total of $138,000:

     a.   Henry Baer - $34,500

b.  Kristie Vetterlie - $34,500

c.  Martin Levansin - $34,500

d.  Paris Hawkins - $34,500

4.      The Debtor's Schedule C filed on or about September 19, 2011 claimed monetary exemption §703.140(b)(5) pertaining to the real property in the amount of $0.00:

5.      The property was listed for sale for approximately one year with no viable offers over the encumbrances.

6.      I have investigated the properties' values and have determined that they are over-encumbered and no equity exists in them.

7.      In my opinion, the proposed sale is in the best interest of the estate because it will generate some funds for distribution to unsecured creditors in an otherwise insolvent estate.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed at Shingle Springs, California, on April 16, 2013.

Respectfully submitted,

 /s/ Susan M. Didriksen_____
Susan M. Didriksen, Chapter 7 Trustee